

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Victorino Mendez Benitez

**Plaintiff,**

**V.**

**Civil Action No.**   26-cv-2126-LL-BJW

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's Petition for Writ of Habeas Corpus is GRANTED IN PART AND DENIED IN PART. Petitioner's request for immediate release is DENIED WITHOUT PREJUDICE. This case is hereby closed.

**Date:**         5/8/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  B. Chandler

B. Chandler, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

## (ATTACHMENT)

**Civil Action No.**  26-cv-2126-LL-BJW

Respondents:

John Doe-1,
in his official capacity as Warden of Imperial Regional Detention Facility;

Daniel A. Brightman,
in his official capacity as San Diego Field Office Director, ICE Enforcement and Removal Operations;

Todd Lyons,
in his official capacity as Acting Director of ICE;

Markwayne Mullin,
in his official capacity as Secretary of Homeland Security;

Todd Blanche,
in his official capacity as Acting U.S. Attorney General